JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>K. CLEMENTS, et al.,<br><br>　　　　　Defendants. | Case No. CV 19-2418-DOC (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: __June 26, 2020__

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE